IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
MARCUS ANTONIO SATTERFIELD,     )
                                )
          Plaintiff,            )
                                )
     v.                         )
                                )     1:25-cv-45
CITY OF ROXBORO, PERSON         )
COUNTY, CHIEF OF POLICE,        )
N.C. DEPARTMENT OF JUSTICE      )
ATTORNEY GENERAL COUNTY         )
COMMISSIONER,                   )
                                )
          Defendants.           )
```

**ORDER**

On July 10, 2025, the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 4, 5.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 17), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b).

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 22nd day of September, 2025.

／s/ William L. Osteen, Jr.
United States District Judge